UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFIYA L. R.,[1]<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 23-01116 SB (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1         IT IS ORDERED that the decision of the Commissioner of Social Security is
2  AFFIRMED.

5  DATED: December 18, 2023              [signature]
                                                STANLEY BLUMENFELD JR.
                                                UNITED STATES DISTRICT JUDGE