JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SAFIYA L. R.,[1]

             Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

             Defendant.

Case No. CV 23-01116 SB (RAO)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: December 18, 2023

_____
STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.